IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIVEPERSON, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No. |
| NEXTCARD, LLC and MARSHALL CREDIT STRATEGIES, LLC, | ) ) ) ) |
| Defendants. | ) ) |

### RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for LivePerson, Inc. hereby certify the following: LivePerson, Inc. is publicly traded and does not have a parent corporation, and, to our knowledge, no publicly held corporation owns 10% or more of its stock.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Andrew A. Lundgren_
Melanie K. Sharp (No. 2501)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

Steven M. Bauer
Kimberly A. Mottley
Todd A. Gerety
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600
(617) 526-9600

Dated: January 29, 2008    *Attorneys for Plaintiff LivePerson, Inc.*