IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIVEPERSON, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEXTCARD, LLC and MARSHALL CREDIT )<br>STRATEGIES, LLC, )<br>)<br>Defendants. ) | Civil Action No. 08-062 (GMS)<br><br>JURY TRIAL |

**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANTS' TIME
TO ANSWER, MOVE, PLEAD OR OTHERWISE RESPOND**

Pursuant to FED. R. CIV. P. 6(b)(1), Defendants NextCard LLC and Marshall Credit Strategies, LLC, along with Plaintiff Liveperson, Inc., together file this Stipulation and Proposed Order Extending Defendants' Time to Answer, Move, Plead or Otherwise Respond to Plaintiff's Complaint and Jury Demand.

Defendants request a 30-day extension of time to respond to Plaintiff's Complaint (*i.e.* until March 20, 2008). Defendants make this request for the following reasons:

1. Plaintiff filed its Complaint on January 30, 2008.

2. Each Defendant is a Texas corporation with its respective headquarters located in Texas. NextCard, LLC is located in Marshall, Texas and Marshall Credit Strategies, LLC is located in Dallas, Texas.

3. Plaintiff served Defendants via substituted service on the Delaware Secretary of State on or about January 30, 2008. Accordingly, Defendants' deadline to answer, move, plead, or otherwise respond currently is February 19, 2008.

4. Defendants received certified mail packages forwarded from the Delaware Secretary of State on or about February 13, 2008.

5.  Since learning of this lawsuit, Defendants have been diligent in obtaining counsel. In order to adequately respond, however, Defendants require additional time to investigate the claims asserted herein and to prepare responsive motions and/or pleadings.

6.  Plaintiff does not oppose the relief requested in this motion.

7.  The parties hereto further stipulate and agree that the Defendants' request for an extension of time, and the filing of this Stipulation and Motion, does not amount to a waiver of any of Defendants' defenses, including but not limited to motions asserted under FED. R. CIV. P. 12(b).

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | FINGER & SLANINA, LLC |
|---|---|
| */s/ Melanie K. Sharp* | */s/ David L. Finger* |
| Melanie K. Sharp (No. 2501)<br>Andrew A. Lundgren (No. 4429)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>(302) 571-6681<br>msharp@ycst.com | David L. Finger (No. 2556)<br>One Commerce Center<br>1201 Orange Street, Suite 725<br>Wilmington, DE 19801-1155<br>(302) 994-6766<br>dfinger@delawgroup.com<br><br>*Attorneys for Defendants NextCard, LLC and Marshall Credit Strategies, LLC* |

Steven M. Bauer
Kimberly A. Mottley
Todd A. Gerety
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600
(617) 526-9600

*Attorneys for Plaintiff LivePerson, Inc.*

Dated: February 19, 2008

SO ORDERED this ____ day of February, 2008: Defendants' time to respond to Plaintiff's Complaint and Jury Demand is hereby extended for 30 days, to March 20, 2008. Defendants' request for an extension of time, and the filing of this Stipulation and Motion, do not amount to a waiver of any of Defendants' defenses, including but not limited to motions asserted under FED. R. CIV. P. 12(b).

_____
Sleet, J.

DB02:6584335.1                                                                                              067025.1001