IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **LIVEPERSON, INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. 08-62 GMS |
| | § | |
| **NEXTCARD, LLC and MARSHALL** | § | |
| **CREDIT STRATEGIES, LLC,** | § | JURY TRIAL |
| | § | |
| Defendants. | § | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Brent M. Bumgardner, Esq. of Monts & Ware, L.L.P., to represent defendants NextCard, LLC and Marshall Credit Strategies, LLC in this matter. The admittee is admitted, practicing and in good standing in the jurisdictions indicated in his attached certification.

          Respectfully submitted,

          /s/ David L. Finger
          David L. Finger, (DE Bar ID #2556)
          Finger & Slanina, LLC
          One Commerce Center
          1201 Orange Street, Suite 725
          Wilmington, DE 19801-1155
          (302) 884-6766
          Attorney for NextCard, LLC amd
          Marshall Credit Strategies, LLC

Dated: February 21, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.

          _____
          Sleet, J.

Dated: _____

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid" to the Clerk of Court, or, if not paid previously, the fee payment will be submitted" to the Clerk's Office upon the filing of this motion.

By: _____
Brent N. Bumgardner
**Monts & Ware, LLP**
1701 N Market St. Ste 330
Dallas, Texas 75202
Telephone: (214) 744-5000
Facsimile: (214) 744-5013
Email: bbumgardner@monts-ware.com

Date: February __, 2008