IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIVEPERSON, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEXTCARD, LLC and MARSHALL CREDIT STRATEGIES, LLC, <br><br> Defendants. | Civil Action No. 08-062 (GMS) |

## STIPULATION AND ORDER

WHEREAS, Plaintiff LivePerson, Inc. ("LivePerson") filed its Amended Complaint on March 15, 2008 (D.I. 15) pursuant to Federal Rule of Civil Procedure 15(a)(1);

WHEREAS, the parties have agreed that Delaware counsel for Defendants Nextcard, LLC, and Marshall Credit Strategies, LLC ("Defendants") shall accept service of the Amended Complaint on behalf of Defendants;

WHEREAS, as the Amended Complaint raises the issue of infringement of an additional patent not identified in the original Complaint, and so Defendants have requested an extension of time of seven (7) days to move, answer or otherwise respond to the Amended Complaint so that they may properly investigate the new infringement claim;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to approval by the Court, that the time for Defendants to move, answer, or otherwise respond to the Amended Complaint (D.I. 15) shall be extended to April 7, 2008.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | FINGER & SLANINA, LLC |
|---|---|
| /s/ *Andrew A. Lundgren* <br> Melanie K. Sharp (No. 2501) <br> Andrew A. Lundgren (No. 4429) <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, Delaware 19801 <br><br> P.O. Box 391 <br> Wilmington, Delaware 19899-0391 <br> (302) 571-6681 <br> alundgren@ycst.com | /s/ *David L. Finger* <br> David L. Finger (No. 2556) <br> One Commerce Center <br> 1201 Orange Street, Suite 725 <br> Wilmington, Delaware 19801-1155 <br> (302) 884-6766 <br> dfinger@delawgroup.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Dated: March 21, 2008

IT IS SO ORDERED, this _____ day of _____, 2008.

_____
Chief United States District Judge