IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIVEPERSON, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-062 (GMS) |
| ) | |
| NEXTCARD, LLC and MARSHALL CREDIT ) | |
| STRATEGIES, LLC, ) | |
| ) | |
| Defendants. ) | |

## **REVISED STIPULATION AND ORDER**

WHEREAS, Plaintiff LivePerson, Inc. ("LivePerson") filed its Amended Complaint on March 15, 2008 (D.I. 15) pursuant to Federal Rule of Civil Procedure 15(a)(1);

WHEREAS, the parties have agreed that Delaware counsel for Defendants Nextcard, LLC, and Marshall Credit Strategies, LLC ("Defendants") shall accept service of the Amended Complaint on behalf of Defendants (the parties stipulate that acceptance of service of process shall not be deemed a waiver of any defenses, including lack of personal jurisdiction);

WHEREAS, as the Amended Complaint raises the issue of infringement of an additional patent not identified in the original Complaint, and so Defendants have requested an extension of time of seven (7) days to move, answer or otherwise respond to the Amended Complaint so that they may properly investigate the new infringement claim;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to approval by the Court, that the time for Defendants to move, answer, or otherwise respond to the Amended Complaint (D.I. 15) shall be extended to April 7, 2008.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | FINGER & SLANINA, LLC |
|---|---|
| /s/ Andrew A. Lundgren | /s/ David L. Finger |
| Melanie K. Sharp (No. 2501) | David L. Finger (No. 2556) |
| Andrew A. Lundgren (No. 4429) | One Commerce Center |
| The Brandywine Building | 1201 Orange Street, Suite 725 |
| 1000 West Street, 17th Floor | Wilmington, Delaware 19801-1155 |
| Wilmington, Delaware 19801 | (302) 884-6766 |
| P.O. Box 391 | |
| Wilmington, Delaware 19899-0391 | |
| (302) 571-6681 | |
| msharp@ycst.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Dated: March 24, 2008

IT IS SO ORDERED, this _____ day of _____, 2008.

_____
Chief United States District Judge