AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware _____

LIVEPERSON, INC.

    Plaintiff,

    v.

NEXTCARD, LLC and MARSHALL
CREDIT STRATEGIES, LLC,

    Defendants.

**SUMMONS IN A CIVIL CASE**
Pursuant to 10 Del. C. § 3104

CASE NUMBER: 08-062 (GMS)

TO:    Marshall Credit Strategies, LLC
        c/o Secretary of State
        Division of Corporations
        John G. Townsend Bldg.
        401 Federal Street, Suite 4
        Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

    Melanie K. Sharp, Esquire
    Andrew A. Lundgren, Esquire
    Young Conaway Stargatt & Taylor LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, DE 19801

an answer to the amended complaint which is served on you with this summons, within 10 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of the Court within a reasonable period of time after service.

PETER T. DALLEO            3/19/08
CLERK                                               DATE

(By) DEPUTY CLERK

**RETURN OF SERVICE**

| Service of the summons and complaint was made by me [1] | DATE 3/24/08 |
|---|---|
| NAME OF SERVER (PRINT) Robert Bower | TITLE |

Check one box below to indicate approximate method of service

☐ Served Personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and Discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify) Personally served Marshal Credit Strategies LLC by serving David L Finger at 1201 Orange St, Wilm DE 19801 Suite 725 at 4:05pm Person Accepting: David Finger

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/24/08
            Date

Signature of Server

Address of Server: 230 N Market St, Wilm DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.