AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware

LIVEPERSON, INC.

    Plaintiff,

    v.

NEXTCARD, LLC and MARSHALL
CREDIT STRATEGIES, LLC,

    Defendants.

**SUMMONS IN A CIVIL CASE**
Pursuant to 10 Del. C. § 3104

CASE NUMBER: 08-062 (GMS)

TO:   NextCard, LLC
       c/o Secretary of State
       Division of Corporations
       John G. Townsend Bldg.
       401 Federal Street, Suite 4
       Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

Melanie K. Sharp, Esquire
Andrew A. Lundgren, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

an answer to the amended complaint which is served on you with this summons, within 10 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of the Court within a reasonable period of time after service.

PETER T. DALLEO                   3/19/08
CLERK                                                   DATE

_[signature]_
(By) DEPUTY CLERK

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the summons and complaint was made by me [1] | DATE | 3/24/08 |
| NAME OF SERVER *(PRINT)* ROBERT BOWER | TITLE | PROCESS SERVER |

*Check one box below to indicate approximate method of service*

☐ Served Personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and Discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify) PERSONALLY SERVED NEXTCARD LLC by SERVING DAVID L FINGER AT 1201 ORANGE ST, Suite 725, WILM DE 19801 AT 4:05 PM  PERSON ACCEPTING: DAVID FINGER

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/24/08
           Date

Signature of Server [signature]

230 N MARKET ST, WILM DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.