IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIVEPERSON, INC., | ) |
| Plaintiff | ) ) ) ) |
| v. | ) ) ) Civil Action No. 08-062 (GMS) |
| NEXTCARD, LLC and MARSHALL CREDIT STRATEGIES, LLC, | ) ) ) |
| Defendants. | ) ) |

**MOTION TO DISMISS OF DEFENDANT MARSHALL CREDIT STRATEGIES, LLC**

Defendant Marshall Credit Strategies, LLC ("MCS"), hereby moves, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2) and 12(b)(6), to dismiss the Amended Complaint of plaintiff LivePerson, Inc. ("LivePerson") on the grounds that (1) MCS has no ownership interest in the Patents-In-Suit, and therefore is not a proper party to this lawsuit; (2) this Court lacks personal jurisdiction over MCS; and (3) LivePerson lacks standing to bring this complaint for declaratory relief because there is no actual controversy between LivePerson and MCS.

The bases for this motion are set forth in detail in MCS's Opening Brief in Support of its Motion to Dismiss, filed contemporaneously herewith.

Dated: April 7, 2008

                                       Respectfully submitted,

                                   /s/ David L. Finger
                                 David L. Finger (No. 2556)
                                 Finger & Slanina, LLC
                                 One Commerce Center
                                 1201 Orange Street, Suite 725
                                 Wilmington, DE 19801-1155
                                 (302) 884-6766

                                 Donald Puckett
                                 State Bar No. 24013358
                                 Brent N. Bumgardner
                                 State Bar. No. 00795272

                                 The Ware Firm
                                 1701 North Market Street,
                                 Suite 330
                                 Dallas, Texas 75202-2088
                                 (214)744-5000
                                 (214)744-5013 (Fax)

                                 *Attorneys for Defendant*
                                 *Marshall Credit Strategies, LLC*