IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIVEPERSON, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEXTCARD, LLC and MARSHALL CREDIT )<br>STRATEGIES, LLC, )<br>)<br>Defendants. ) | Civil Action No. 08-062 (GMS) |

## STIPULATION AND ORDER

WHEREAS, Defendants Nextcard, LLC, and Marshall Credit Strategies, LLC ("Defendants") filed Motions to Dismiss (D.I. 20, 22) alleging, among others claims, lack of personal jurisdiction;

WHEREAS, Plaintiff LivePerson, Inc. ("LivePerson") intends to seek a period of limited jurisdictional discovery in support of its oppositions to the motions to dismiss;

WHEREAS, the parties are attempting to work together to determine whether they can agree on the terms and timing of such jurisdictional discovery;

WHEREAS, to allow the parties to continue to meet and confer prior to LivePerson briefing its oppositions, the parties have agreed to seek an extension of the deadline by which LivePerson shall respond to Defendants' motions to dismiss;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to approval by the Court, that the time for LivePerson to respond to Defendants' Motions to Dismiss (D.I. 20, 22) shall be extended to May 8, 2008.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | FINGER & SLANINA, LLC |
|---|---|
| /s/ Andrew A. Lundgren | /s/ David L. Finger |
| Melanie K. Sharp (No. 2501) <br> Andrew A. Lundgren (No. 4429) <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, Delaware 19801 <br><br> P.O. Box 391 <br> Wilmington, Delaware 19899-0391 <br> (302) 571-6681 <br> msharp@ycst.com <br><br> *Attorneys for Plaintiff* | David L. Finger (No. 2556) <br> One Commerce Center <br> 1201 Orange Street, Suite 725 <br> Wilmington, Delaware 19801-1155 <br> (302) 884-6766 <br><br> *Attorneys for Defendants* |

Dated: April 18, 2008

IT IS SO ORDERED, this _____ day of _____, 2008.

_____
Chief United States District Judge