**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **LIVEPERSON, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. 08-62 GMS |
| | ) | |
| **NEXTCARD, LLC and MARSHALL CREDIT STRATEGIES, LLC,** | ) ) | **JURY TRIAL** |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR DEFENDANTS
TO FILE THEIR REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS**

WHEREAS, on April 7, 2008, defendant NextCard, LLC and Marshall Credit Strategies, LLC (collectively "Defendants") filed Motions to Dismiss for Failure to State a Claim and for Lack of Personal and Subject Matter Jurisdiction and an opening brief in support thereof (D.I. 22, 23); and

WHEREAS, on May 8, 2008, plaintiff LivePerson, Inc. ("Plaintiff") filed an Answering Brief in opposition to Defendants' motions, and also filed a Motion for Leave to File a Second Amended Complaint and a Motion for Targeted Jurisdiction Discovery; and

WHEREAS, Defendants' Reply Brief in support of their Motions to Dismiss are due by April 15, and Defendants' Answering Brief in opposition to Plaintiff's motions are due by May 22; and

WHEREAS, counsel for Defendants is currently traveling and so requires a brief extension to be able to finish the briefing.

NOW, THEREFORE, it is hereby stipulated by and between the parties hereto, through their respective counsel, and subject to the approval of the Court, that the time by which Defendants must file their Reply Brief in support of their Motions to Dismiss is extended to May 22, 2008.

/s/ Andrew A. Lundgren_____
Melanie K. Sharp (DE Bar ID # 2501)
Andrew A. Lundgren (No. 4429)
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6681

**Counsel for Plaintiff**

/s/ David L. Finger_____
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 994-6766

**Counsel for Defendants**

     **SO ORDERED** this _____ day of May, 2008.

                     _____
                     Sleet, J.