IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LIVEPERSON, INC.,                                    )
                                                     )
   Plaintiff,                         )
                                                     )
  v.                                        )
                                                     )  Civil Action No. 08-062 (GMS)
NEXTCARD, LLC and MARSHALL CREDIT )
STRATEGIES, LLC,                                     )
                                                     )
   Defendants.                         )
                                                     )

## STIPULATION AND ORDER

WHEREAS, Plaintiff LivePerson, Inc. filed its Motion for Leave to File a Second Amended Complaint (D.I. 26) and its Motion for Targeted Jurisdictional Discovery (D.I. 29) on May 8, 2008;

WHEREAS, Defendants filed their respective answering briefs (D.I. 34, 35) on May 22, 2008, and Plaintiff's reply briefs, if any, are due on June 2, 2008;

WHEREAS, one of Plaintiff's counsel has experienced an unexpected personal issue;

WHEREAS, Plaintiff therefore seeks, and Defendants do not oppose, a brief extension of time to file its reply briefs to the above motions;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to approval by the Court, that the time for Plaintiff to file its reply briefs to the Motion for Leave to File a Second Amended Complaint (D.I. 26) and the Motion for Jurisdictional Discovery (D.I. 29) shall be extended to June 6, 2008.

067025.1001

YOUNG CONAWAY STARGATT &          FINGER & SLANINA, LLC
TAYLOR, LLP

  */s/ Andrew A. Lundgren*              */s/ David L. Finger*
_____        _____
Melanie K. Sharp (No. 2501)            David L. Finger (No. 2556)
Andrew A. Lundgren (No. 4429)          One Commerce Center
The Brandywine Building                1201 Orange Street, Suite 725
1000 West Street, 17th Floor           Wilmington, Delaware 19801-1155
Wilmington, Delaware  19801            (302) 884-6766

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
*alundgren@ycst.com*

*Attorneys for Plaintiff*               *Attorneys for Defendants*


Dated: May 27, 2008


IT IS SO ORDERED, this _____ day of _____, 2008.


                                       _____
                                       CHIEF UNITED STATES DISTRICT JUDGE