IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIVEPERSON, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEXTCARD, LLC and MARSHALL CREDIT )<br>STRATEGIES, LLC, )<br>)<br>Defendants. ) | Civil Action No. 08-062 (GMS) |

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT**

WHEREAS, on May 22, 2008, the parties completed briefing on Defendant NextCard, LLC and Marshall Credit Strategies, LLC's Motions to Dismiss (D.I. 20, 22);

WHEREAS, oral argument on the Motions to Dismiss, which allege in part a lack of personal jurisdiction, may add context to the assessment of Defendants' interrelated corporate structures;

NOW, THEREFORE, pursuant to Local Rule 7.1.4, Plaintiff LivePerson, Inc. respectfully requests oral argument on Defendants' Motions to Dismiss (D.I. 20, 22). A proposed form of Order is attached hereto.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Andrew A. Lundgren
_____
Melanie K. Sharp (No. 2501)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

Steven M. Bauer
Kimberly A. Mottley
Todd A. Gerety
Melissa A. Ganz
PROSKAUER ROSE LLP
One International Place, 22nd Floor
Boston, Massachusetts 02110-2600
(617) 526-9600

*Attorneys for Plaintiff LivePerson, Inc.*

Dated: May 27, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIVEPERSON, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEXTCARD, LLC and MARSHALL CREDIT STRATEGIES, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 08-062 (GMS) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

At Wilmington this _____ day of _____, 2008, having reviewed Plaintiff LivePerson, Inc.'s Request for Oral Argument, IT IS HEREBY ORDERED that:

1. LivePerson's Request for Oral Argument is GRANTED.

2. The parties shall appear in Courtroom 4A of the J. Caleb Boggs Federal Building for a hearing on Defendants' Motions to Dismiss (D.I. 20, 22) on _____, 2008, at _____ a.m./p.m.

3. Each party's presentation shall be limited to _____ minutes.

_____
CHIEF UNITED STATES DISTRICT JUDGE