IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIVEPERSON, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-062 (GMS) |
| ) | |
| NEXTCARD, LLC and MARSHALL CREDIT ) | |
| STRATEGIES, LLC, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT
ON ITS PENDING MOTIONS**

WHEREAS, on May 27, 2008, Plaintiff LivePerson, Inc. requested oral argument (D.I. 37) on Defendant NextCard, LLC and Marshall Credit Strategies, LLC's Motions to Dismiss (D.I. 20, 22);

WHEREAS, on June 6, 2008, the parties completed briefing on LivePerson's Motions for Leave to File a Second Amended Complaint and For Targeted Jurisdictional Discovery (D.I. 26, 29);

WHEREAS, oral argument on LivePerson's pending motions may add context to the assessment of Defendants' interrelated corporate structures;

WHEREAS, to the extent that the Court feels oral argument is necessary, a single hearing on all four pending motions (D.I. 20, 22, 26, 29) will promote judicial economy;

NOW, THEREFORE, pursuant to Local Rule 7.1.4, LivePerson respectfully requests oral argument on its Motions for Leave to File a Second Amended Complaint and For Targeted Jurisdictional Discovery (D.I. 20, 22). A proposed form of Order scheduling argument on all pending motions is attached hereto.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Andrew A. Lundgren
_____
Melanie K. Sharp (No. 2501)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

Steven M. Bauer
Kimberly A. Mottley
Todd A. Gerety
Melissa A. Ganz
PROSKAUER ROSE LLP
One International Place, 22nd Floor
Boston, Massachusetts 02110-2600
(617) 526-9600

*Attorneys for Plaintiff LivePerson, Inc.*

Dated: June 11, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIVEPERSON, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-062 (GMS) |
| ) | |
| NEXTCARD, LLC and MARSHALL CREDIT ) | |
| STRATEGIES, LLC, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this _____ day of _____, 2008, having reviewed Plaintiff LivePerson, Inc.'s Request for Oral Argument on Its Pending Motions, IT IS HEREBY ORDERED that:

1. LivePerson's Request for Oral Argument is GRANTED.

2. The parties shall appear in Courtroom 4A of the J. Caleb Boggs Federal Building for a hearing covering LivePerson's Motions for Leave to File a Second Amended Complaint and For Targeted Jurisdictional Discovery (D.I. 26, 29) and Defendants' Motions to Dismiss (D.I. 20, 22) on _____, 2008, at _____ a.m./p.m.

3. Each party's presentation shall be limited to _____ minutes.

_____
CHIEF UNITED STATES DISTRICT JUDGE